# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANNETTE CLARK, individually and on behalf of those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LG ELECTRONICS U.S.A., INC.,<br><br>Defendant. | CASE NO. 13-cv-485 JM (JMA) |

## DECLARATION OF CLASS ACTION ADMINISTRATOR REGARDING CLAIM FORMS FILED FOR THE CLASS ACTION SETTLEMENT

I, Josephine Bravata, declare as follows:

1. I submit this declaration to provide the Court with information regarding the claim forms filed for this class action settlement pursuant to Paragraph 3.9 of the Settlement Agreement. I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts set forth herein.

1

2. I am the Quality Assurance Manager of Strategic Claims Services ("SCS"), a nationally recognized class action administration firm. I have over thirteen years of experience specializing in administration of class actions. SCS was established in April 1999 and has administered over three hundred (300) class action cases since its inception.

3. SCS was appointed to provide administrative services as part of the settlement administration process in the above-captioned litigation. Our services include providing notice of the Pendency and Proposed Settlement of Class Action to the States' Attorneys General pursuant to CAFA; providing Notice and the Claim Form to the Settlement Class; establishing and maintaining the specially established settlement website (www.lgrefrigeratorsettlement.com); establishing and monitoring the specially established toll-free hotline (855-853-7442); arranging for publication of the Summary Notice; tracking requests for exclusion and objections; distributing, accepting and processing Claim Forms filed by class members; reviewing submitted Claim Forms for accuracy, completeness and merit; providing notices to those claims that are deficient or rejected, when appropriate; and all other services necessary to administer this class action ("Settlement").

4. Through April 11, 2015, the deadline for claim form submissions, 10,305 timely claim forms ("claims") have been submitted. SCS is currently reviewing, processing and analyzing all of these claims. SCS has and will be in close contact with the parties to this settlement in reviewing the claim forms. SCS's Report of the Claims Administrator is attached hereto as **Exhibit A** and described below.

5. The Report of the Claims Administrator sets forth the claims submitted to SCS as follows:

a. REPAIR ONLY CLAIMS: SCS has identified 6,082 claims submitted for a repair only. SCS has been reviewing these claim forms and on February 13, 2015, began submitting approved repair requests to Defense Counsel on a rolling basis so that LG/Sears could begin the repair process even before an order finally approving the settlement is entered.

b. REIMBURSEMENT ONLY CLAIMS: SCS has identified 1,946 claims submitted for reimbursement only. The total of reimbursement requested by theses claimants is $858,726.42[1]. SCS's review is ongoing and it has not yet made a final determination on the validity of each claim.

c. REPAIR AND REIMBURSEMENT CLAIMS: SCS has also identified 2,277 claims that request both repair and reimbursement. As stated above in paragraph 5a, the repair requests have been sent to LG/Sears on a rolling basis; however, SCS has not yet determined whether the claims for reimbursement are valid. The total of reimbursement requested by these claimants is $882,246.79[2].

6. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 4th day of May 2015, in Media, Pennsylvania.

_____
Josephine Bravata

---

[1] Pursuant to the Settlement Agreement paragraph 2.2, individual claims have been capped at $5,000 per Refrigerator.

[2] Pursuant to the Settlement Agreement paragraph 2.2, individual claims have been capped at $5,000 per Refrigerator.

**EXHIBIT "A"**

# EXHIBIT A

# REPORT OF THE SETTLEMENT ADMINISTRATOR

# CLARK V. LG SETTLEMENT

TOTAL # OF CLAIMS………………………………………………  <u>10,305</u>

TOTAL # OF TIMELY REPAIR ONLY CLAIMS…………………………  <u>6,082</u>

TOTAL # OF TIMELY REIMBURSEMENT ONLY CLAIMS……………  <u>1,946</u>
    REIMBURSEMENT AMOUNT REQUESTED………  <u>$858,726.42</u>

TOTAL # OF TIMELY REPAIR AND REIMBURSEMENT CLAIMS……  <u>2,277</u>
    REIMBURSEMENT AMOUNT REQUESTED………  <u>$882,246.79</u>